EXHIBIT A

| Lwyr Date Entry # | Lawyer Matter Task | Client Matter Description Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| AJS Jul 5/2018 68171 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Review and revise demand letter; Correspond with KJK | Emp | 0.30 | 0.00 | 0.00 |
| AJS Jul 9/2018 68455 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Revise Complaint; Correspond with KJK | Emp | 0.60 | 0.00 | 0.00 |
| AJS Jul 10/2018 68493 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Revise complaint; Confer with JC; Correspond with JC, KJK re: Complaint | Emp | 0.40 | 0.00 | 0.00 |
| AJS Jul 11/2018 68521 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Revise civil cover sheet, summonses | Emp | 0.20 | 0.00 | 0.00 |
| AJS Jul 16/2018 68672 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management File Complaint, civil cover sheet, summonses | Emp | 0.40 | 0.00 | 0.00 |
| AJS Jul 17/2018 68709 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Review Order re: early mediation, initial conference; Review judges' individual rules; Correspond with IA, AD re: service of process, Order, individual rules; Correspond with AD re: service of process | Emp | 0.40 | 0.00 | 0.00 |
| AJS Aug 6/2018 69245 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Correspond with IA re: affidavits of service | Emp | 0.10 | 0.00 | 0.00 |
| AJS Aug 7/2018 69263 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Correspond with TG re: affidavits of service; Telephone conference with opposing counsel re: extension of time to answer, settlement; Correspond with JC | Emp | 0.30 | 0.00 | 0.00 |
| AJS Aug 8/2018 69281 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Review Defendants' proposed letter motion seeking extension to file answer; Correspond with opposing counsel; Confer with IA; Correspond with JC; Review damages chart; Correspond with JC | Emp | 0.30 | 0.00 | 0.00 |
| AJS Aug 20/2018 69620 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Telephone conference with opposing counsel re: settlement | Emp | 0.10 | 0.00 | 0.00 |
| AJS Aug 24/2018 69768 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Telephone conference with opposing counsel re: settlement; Confer with KJK | Emp | 0.20 | 0.00 | 0.00 |
| AJS Aug 27/2018 69945 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Review documents from opposing counsel; Correspond with opposing counsel; Correspond with JC; Confer with KJK | Emp | 0.20 | 0.00 | 0.00 |
| AJS Aug 30/2018 70127 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Correspond with JC re: work hours; Correspond with opposing counsel; Confer with JC | Emp | 0.30 | 0.00 | 0.00 |
| AJS Sep 5/2018 70292 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Correspond with FXT re: additional payments; Telephone call to opposing counsel (left voicemail); Telephone conference with opposing counsel re: settlement, additional payments; Correspond with KJK, FXT re: settlement, damages | Emp | 0.40 | 0.00 | 0.00 |
| AJS Sep 6/2018 70387 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Telephone call to opposing counsel (left voicemail); Telephone conference with opposing counsel re: settlement; Correspond with opposing counsel re: settlement conference; Correspond with KYM re: settlement conference | Emp | 0.50 | 0.00 | 0.00 |
| AJS Sep 17/2018 70793 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Correspond with opposing counsel re: settlement conference; Correspond with FXT re: settlement; Correspond with FXT re: settlement conference | Emp | 0.20 | 0.00 | 0.00 |
| AJS Sep 18/2018 70873 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Confer with FXT; Telephone conference with client, FXT re: settlement, settlement conference; Telephone call to | Emp | 0.70 | 0.00 | 0.00 |

| Lwyr Date Entry # | Lawyer Matter Task | Client Matter Description Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | opposing counsel; Correspond with opposing counsel re: settlement | | | | |
| AJS Sep 20/2018 70911 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Review notes re: settlement; Telephone call to opposing counsel (left voicemail); Telephone conference with opposing counsel re: settlement | Emp | 0.30 | 0.00 | 0.00 |
| AJS Oct 5/2018 71631 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Telephone conference with opposing counsel re: settlement; Confer with FXT; Telephone conference with FXT, client re: settlement; Telephone call to opposing counsel (left voicemail); Telephone conference with opposing counsel re: settlement; Confer with FXT | Emp | 0.50 | 0.00 | 0.00 |
| AJS Oct 8/2018 71694 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Telephone call to opposing counsel; Correspond with opposing counsel re: settlement | Emp | 0.30 | 0.00 | 0.00 |
| AJS Oct 9/2018 71734 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Correspond with opposing counsel; Telephone conference with opposing counsel re: settlement; Correspond with FXT re: settlement | Emp | 0.20 | 0.00 | 0.00 |
| AJS Oct 10/2018 71790 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Telephone conference with opposing counsel re: settlement | Emp | 0.10 | 0.00 | 0.00 |
| AJS Oct 11/2018 71845 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Correspond with opposing counsel re: settlement | Emp | 0.10 | 0.00 | 0.00 |
| AJS Oct 12/2018 71866 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Telephone conference with opposing counsel re: settlement; Draft letter motion to Judge Fox requesting adjournment of settlement conference; File letter motion | Emp | 0.50 | 0.00 | 0.00 |
| AJS Oct 15/2018 71951 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Correspond with opposing counsel re: settlement agreement | Emp | 0.10 | 0.00 | 0.00 |
| AJS Oct 16/2018 71991 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Telephone conference with opposing counsel re: settlement agreement; Telephone conference with Judge Fox's chambers re: letter motion requesting adjournment of settlement conference; Telephone conference with opposing counsel re: settlement agreement; Telephone conference with opposing counsel, Judge Furman's chambers re: settlement agreement, Cheeks approval; Draft and file letter to Judge Furman re: settlement in principle | Emp | 0.70 | 0.00 | 0.00 |
| AJS Oct 19/2018 72111 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Correspond with opposing counsel re: settlement agreement; Correspond with NC re: Cheeks letter; Correspond with opposing counsel re: settlement agreements | Emp | 0.40 | 0.00 | 0.00 |
| AJS Oct 23/2018 72261 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Telephone conference with opposing counsel re: settlement agreement; Legal Research re: mutual releases in FLSA settlement agreements; Correspond with opposing counsel re: mutual releases in FLSA settlement agreements; Correspond with NC re: Cheeks letter | Emp | 0.40 | 0.00 | 0.00 |
| NC Oct 17/2018 72281 No Hold | Nicola Ciliotta 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Started drafting Cheeks letter for settlement | Emp | 2.25 | 0.00 | 0.00 |
| NC Oct 17/2018 72293 No Hold | Nicola Ciliotta 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Finished first draft of Cheeks letter | Emp | 1.00 | 0.00 | 0.00 |
| AJS Oct 24/2018 72315 No Hold | Adam Sackowitz 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Revise letter motion seeking approval of settlement agreement; Correspond with NC re: letter motion | Emp | 0.70 | 0.00 | 0.00 |
| NC Oct 17/2018 72330 No Hold | Nicola Ciliotta 180613-00001 BW | Mercado, Gerardo v. Van Courtland Assets, LLC, and Arthur Court Realty Management Calculated total fees incurred in Mercado lawsuit, amended Cheeks letter to reflect such calculations | Emp | 0.75 | 0.00 | 0.00 |
| AJS | Adam Sackowitz | | | | | |

```
Lwyr      Lawyer
Date      Matter         Client
Entry #                  Matter Description                                    Law Type
              Task       Explanation                                                      Hours      Rate       Total
```

| Date/Entry | Matter | Client / Description / Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---:|---:|---:|
| Oct 25/2018 72362 No Hold | 180613-00001 BW | **Mercado, Gerardo** v. Van Courtland Assets, LLC, and Arthur Court Realty Management Confer with NC re: Cheeks letter; Review draft of settlement agreement; Revise settlement agreement; Correspond with KJK re: settlement agreement; Revise settlement agreement; Revise Cheeks letter; Correspond with opposing counsel re: settlement agreement, Cheeks letter | Emp | 1.70 | 0.00 | 0.00 |
| AJS Adam Sackowitz Oct 26/2018 72400 No Hold | 180613-00001 BW | **Mercado, Gerardo** v. Van Courtland Assets, LLC, and Arthur Court Realty Management Telephone conference with opposing counsel re: settlement agreement, Cheeks letter | Emp | 0.20 | 0.00 | 0.00 |
| AJS Adam Sackowitz Oct 28/2018 72466 No Hold | 180613-00001 BW | **Mercado, Gerardo** v. Van Courtland Assets, LLC, and Arthur Court Realty Management Revise Cheeks letter; Correspond with opposing counsel re: Cheeks letter, settlement agreement | Emp | 0.20 | 0.00 | 0.00 |
| AJS Adam Sackowitz Oct 29/2018 72502 No Hold | 180613-00001 BW | **Mercado, Gerardo** v. Van Courtland Assets, LLC, and Arthur Court Realty Management Review proposed edits to settlement agreement from opposing counsel; Correspond with KJK re: settlement agreement; Correspond with opposing counsel re: settlement agreement; Confer with KJK re: tax treatment of attorneys' fees portion of settlement agreement; Telephone conference with Dan Sackowitz re: tax treatment of attorneys' fees portion of settlement agreement; Revise settlement agreement; Correspond with opposing counsel re: settlement agreement | Emp | 1.10 | 0.00 | 0.00 |

*** Summary by Task Code ***

*** Billable ***

| Task Code | Hours | Amount |
|---|---:|---:|
| BW  - Billable Work | 17.10 | 0.00 |
| **Total Billable** | **17.10** | **0.00** |
| **Total:** | **17.10** | **0.00** |

*** Summary by Working Lawyer ***

| Working Lawyer | Hours | Amount |
|---|---:|---:|
| AJS  - Adam Sackowitz | 13.10 | 0.00 |
| NC   - Nicola Ciliotta | 4.00 | 0.00 |
| **Total:** | **17.10** | **0.00** |

```
REPORT SELECTIONS - Time Listing
Layout Template                   Default
Advanced Search Filter            None
Requested by                      Adam  (Security Restrictions)
Finished                          Tuesday, October 30, 2018 at 03:15:50 PM
Ver                               14.1 (14.1.20150324)
Date Range                        ALL DATES
Matters                           180613-00001
Clients                           All
Major Clients                     All
Client Intro Lawyer               All
Matter Intro Lawyer               All
Responsible Lawyer                All
Type of Law                       All
Select From                       Active, Inactive, Archived Matters
Working Lawyer                    All
Task                              All
Summarize by Type of Law          No
Sorted by                         Order Entered
Time/Fee                          Time Entry Only
Include Daily totals              No
Include Held Items only           No
Matter Security Enabled           No
```